BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
(713) 621-8673

Case 10-70485-hdh13    Doc 28    Filed 01/13/11    Entered 01/13/11 15:08:41    Desc Main
Document    Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-70485-HDH-13 |
| | § | |
| DEAN STEPHEN HANSEN and | § | |
| WANDA FAYE HANSEN, | § | |
| Debtor | § | CHAPTER 13 |
| | § | |
| | § | JUDGE: HARLIN D. HALE |

## NOTICE OF MORTGAGE PAYMENT CHANGE

COMES NOW, MIDFIRST BANK ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST and files the attached notice of mortgage payment change. If the debtor(s) are paying the monthly mortgage payment directly to MIDFIRST BANK ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST then this Notice is being filed for informational purposes only and is not intended to modify the existing terms of the plan with respect to the payment of the monthly mortgage.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ CHERI ABBAGE                              1/13/2011
CHERI ABBAGE
TX NO. 24010302
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
Telephone: (713) 621-8673
Facsimile: (972) 386-7673
E-mail: NDECF@BDFGROUP.COM
Attorney for MIDFIRST BANK ITS ASSIGNS
AND/OR SUCCESSORS IN INTEREST

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change was served on the date that the Notice of Mortgage Payment Change was filed electronically. Service was accomplished by the method and to the following as indicated:

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ CHERI ABBAGE                    1/13/2011
CHERI ABBAGE
TX NO. 24010302
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
Telephone: (713) 621-8673
Facsimile: (972) 386-7673
E-mail: NDECF@BDFGROUP.COM
Attorney for MIDFIRST BANK ITS ASSIGNS
AND/OR SUCCESSORS IN INTEREST

ATTORNEY FOR DEBTOR:
MONTE J WHITE
1106 BROOK AVENUE
WICHITA FALLS, TX  76301

TRUSTEE:
WALTER O'CHESKEY
6308 IOLA AVENUE
LUBBOCK, TX  79424

DEBTORS:
WANDA FAYE HANSEN
1102 LISA LANE
BURKBURNETT, TX  76354

DEAN STEPHEN HANSEN
1102 LISA LANE
BURKBURNETT, TX  76354