## NOTICE

"The escrow changes set forth in the attached Escrow Analysis are for post-petition escrow costs only. All pre-petition escrow shortages are to be recovered through the Proof of Claim filed by MIDFIRST BANK ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST in this case."

REPRESENTATION OF PRINTED DOCUMENT



Midland Mortgage Co.
P.O. Box 26648
Oklahoma City, OK 73126-0648

# ANNUAL ESCROW ACCOUNT STATEMENT

LOAN NUMBER: \_\_\_\_\_
PROPERTY ADDRESS: 1102 LISA LN
BURKBURNETT TX 76354-3217

46030-0000187-001-000-000-000-000

Next Escrow Cycle: Mar 2011 - Feb 2012
Date Escrow Account Reviewed: 12/08/2010
Insurance Service Center
8am to 5pm Mon through Fri (Central)
1-866-439-2712
www.updatemyinsurance.com

DEAN STEPHEN HANSEN
WANDA F HANSEN
1102 LISA LN
BURKBURNETT TX 76354-3217

Customer Service Center
8am to 5pm Mon through Fri (Central)
1-800-654-4566
www.MyMidlandMortgage.com

\*\*\* Your new payment coupons will be mailed separately within 7 days if you are a coupon customer. \*\*\*

Payment changes generally occur due to increases in taxes and/or insurance.
The new payment amount will draft automatically for Midland Automatic Payment Plan customers
Customers participating in Midland's Automatic Payment Plan will not receive a coupon book.



--- PAYMENT CALCULATIONS AND ESCROW ACTIVITY FOR THE NEXT 12 MONTH ESCROW CYCLE ---

Part of your monthly payment is deposited into an escrow account to pay your property taxes and insurance premiums. Below, you can see how your new escrow payment was calculated. The following charts project the amounts you will deposit into your escrow account and the amounts we expect to pay for your insurance and tax bills during the next 12 month escrow cycle. Part A breaks down your new bills and your new payments. Part B lists the escrow transactions we anticipate for the next escrow cycle. Part C calculates any required adjustment to your monthly payment. Part D (Page 2) shows the escrow transactions for the last escrow cycle.

## PART A - PAYMENT CALCULATIONS

Anticipated Bills For Next 12 Month Escrow Cycle

|  | OLD | NEW |
|---|---|---|
| HAZARD | 1,448.00 | 1,229.00 |
| COUNTY TAX | 922.04 | 950.20 |
| SCHOOL DISTRIC | 948.68 | 938.38 |
| TOTAL BILLS | 3,318.72 | 3,117.58 |
| New Escrow Deposit (Total bills divided by 12) |  | 259.79 |

OLD AND NEW PAYMENTS

|  | OLD | NEW |
|---|---|---|
| Principal & Interest | 312.11 | 312.11 |
| Escrow Deposit | 276.56 | 259.79 |
| Escrow Adjustment (Part C) | 0.00 | 0.00 |
| Subtotal Principal, Interest and Escrow | 588.67 | 571.90 |
| **TOTAL PAYMENT** | **588.67** | **571.90** |

Old payment through 02-28-2011, calculated at time of last analysis, does not include any shortage paid or changes to your escrow account made after the last analysis (such as changes to taxes and insurance) = 588.67

NEW PAYMENT THROUGH 02-28-2012 = 571.90

NEW PAYMENT EFFECTIVE MARCH 2011

## PART B - ESCROW ACTIVITY FOR THE NEXT 12 MONTH ESCROW CYCLE

| Month | (Part A) Anticipated Deposit | Anticipated Payment | Description | Anticipated Balance | Required Balance\* |
|---|---|---|---|---|---|
|  |  |  | STARTING BALANCE | 466.56 | 259.89 |
| Mar-11 | 259.79 | .00 |  | 726.35 | 519.68 |
| Apr-11 | 259.79 | .00 |  | 986.14 | 779.47 |
| May-11 | 259.79 | .00 |  | 1,245.93 | 1,039.26 |
| Jun-11 | 259.79 | .00 |  | 1,505.72 | 1,299.05 |
| Jul-11 | 259.79 | .00 |  | 1,765.51 | 1,558.84 |
| Aug-11 | 259.79 | .00 |  | 2,025.30 | 1,818.63 |
| Sep-11 | 259.79 | .00 |  | 2,285.09 | 2,078.42 |
| Oct-11 | 259.79 | .00 |  | 2,544.88 | 2,338.21 |
| Nov-11 | 259.79 | .00 |  | 2,804.67 | 2,598.00 |
| Dec-11 | 259.79 | -950.20 | COUNTY TAX | 2,114.26 | 1,907.59 |
| Dec-11 | .00 | -938.38 | SCHOOL DISTRICT | 1,175.88 | 969.21 |
| Jan-12 | 259.79 | .00 |  | 1,435.67 | 1,229.00 |
| Feb-12 | 259.79 | -1,229.00 | HAZARD | 466.46 A | 259.79 R |
| **TOTAL** | **3,117.48** | **-3,117.58** |  |  |  |

\*Required balance includes the required escrow reserve amount of $259.79.
Your escrow reserve has been set to $259.79. The actual amounts billed may be different from the Anticipated Payments referenced above.

## PART C - CALCULATION OF ESCROW ADJUSTMENT

SEE PART B ABOVE. Your anticipated escrow balance is greater than the required balance in the amount of $206.67. This means there is a surplus of funds.

| Beginning Anticipated Balance (part B) | $ | 466.56 |
|---|---|---|
| Beginning Required Balance (part B) | $ | 259.89 |
| Escrow Surplus | $ | 206.67 |
| Payment adjustment amount | $ | 0.00 |

If the escrow surplus is less than $50, the surplus has been used to reduce the monthly escrow payment for the next twelve months. *If your loan is not current, the escrow surplus has been retained.* If your loan is current on the date of this recalculation and the escrow surplus is $50 or more, the surplus is included on the check below.



Midland Mortgage Co.
P.O. Box 26648
Oklahoma City, OK 73126-0648

If your loan payment status is not current, the escrow surplus
has been retained and will not be released until your loan is current.

INTERNET REPRINT

## ANNUAL ESCROW ACCOUNT STATEMENT
## ACCOUNT HISTORY
## PAGE 2

LOAN NUMBER:                                                                                                          DATE REVIEWED:   12/06/2010

If your loan was in default at the time Midland began servicing it, we are required to advise you that this communication is from a debt collector, this is an attempt to collect a debt and any information obtained from you will be used for that purpose. If your loan has been discharged through bankruptcy or if you are currently in bankruptcy under the protection of an automatic stay, this is not an attempt to collect a debt but is for informational purposes only.

### PART D - LAST ESCROW CYCLE ACTIVITY

The following chart itemizes the escrow transactions for your account during the last escrow cycle. For the purpose of calculating your new payment amount, Midland assumes that all scheduled deposits and payments will occur through the effective date of your new payment, although the last few deposits may not have occurred yet.

| (1) Month of Activity | (2) Anticipated Deposit | (3) Actual Deposit | (4) Anticipated Payment and Description | (5) Actual Payment and Description | (6) Anticipated Balance | (7) Actual Balance |
|---|---|---|---|---|---|---|
| | | | | Starting Bal. | 2,489.04 | -398.35 |
| Nov-10 | 276.56 | | 0.00 | -938.38 SCHOOL DIST * | 2,765.60 | -1,336.73 |
| Nov-10 | .00 | | 0.00 | -950.20 COUNTY TAX | 2,765.60 | -2,286.93 A |
| Dec-10 | 276.56 | ** | -922.04 COUNTY TAX | 0.00  * | 2,120.12 | -2,286.93 |
| Dec-10 | .00 | ** | -948.68 SCHOOL DIST | 0.00  * | 1,171.44 | -2,286.93 |
| Jan-11 | 276.56 | ** | 0.00 | 0.00  * | 1,448.00 | -2,286.93 |
| Feb-11 | 276.56 | ** | -1,448.00 HAZARD | 0.00  * | 276.56 T | -2,286.93 |
| TOTAL | 3,318.72 | 0.00 | -3,318.72 | -1,888.58 | | |

Your required low balance for last year was $276.56 (column 6). Your actual low balance was -$2,286.93 (column 7).

To see where a difference occurred, compare the Anticipated Deposits to the Actual Deposits (column 2 and 3) and the Anticipated Payments to the Actual Payments (column 4 and 5).

\* An asterisk indicates a difference in either the amount or date of the anticipated activity and the actual activity.

\*\* A double asterisk indicates actual deposit activity that has not occurred as of the date of this statement. The anticipated balance (column 6) includes the anticipated deposit(s) that have not yet occurred.

Last Escrow Cycle Activity will only reflect deposit and payment activity that occurred while your loan was being serviced by Midland. This includes anticipated and actual information which may be reflected as zero.

www.MyMidlandMortgage.com